PROB 35  
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 MAR 12 PM 3:28
CLERK J. Hodge
SO. DIST. OF GA

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA

v.        Crim. No. 1:15CR00085-1

Jesse James Anderson

On January 20, 2016, the above named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Travis J. Gauthreaux
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _12th_ day of March, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA